FORM C9B
1JAM93902 - JEFFREY A. MANHEIMER, ESQ.

UNITED DISTRICT SOUTHERN DISTRICT COURT - NEW YORK COUNTY

---

SUSAN G. PITTS, ETC,

       PLAINTIFF
  - vs. -

NEW YORK CITY TAXI AND LIMOUSINE
COMMISSION, CITY
OF NEW YORK, TAXI WORKERS ALLIANCE,

       DEFENDANT

---

Index No: 08CV01280
Date Filed:  /  /
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DAVID GOLDBERG** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **02/22/2008** at **12:51PM** at **40 RECTOR STREET 5th Flr., NEW YORK, NY 10006**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **NEW YORK CITY TAXI AND LIMOUSINE COMMISSION** the **DEFENDANT** therein named by delivering to, and leaving personally with **JOHN BOLES, AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: **MALE** | COLOR: **BLACK** | HAIR: **BALD** |
| APP. AGE: **45** | APP. HT: **5'6** | APP. WT: **200** |
| OTHER IDENTIFYING FEATURES: | | |

Sworn to before me on **02/25/2008**.

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2010

DAVID GOLDBERG - 916033
SID MARKS NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Susan G. Pitts, Individually, and on behalf of all others similarly situated

V.

New York City Taxi and Limosine Commission, City of New York, Taxi Workers Alliance,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 01280

TO: (Name and address of Defendant)

New York City Taxi and Limosine Commission
40 Rector Street, 5th Floor, New York, NY 10006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey A. Manheimer, Esq.
747 Third Avenue, 37th Floor
New York, NY 10017
212-752-4500

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                           *Signature of Server*

                                        _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.