A4 - CORPORATION
1JAM93890 - JEFFREY A. MANHEIMER, ESQ.

UNITED DISTRICT SOUTHERN DISTRICT COURT - NEW YORK COUNTY

---

SUSAN G. PITTS, ETC,

    PLAINTIFF

- vs. -

NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, CITY OF NEW YORK, TAXI WORKERS ALLIANCE,

    DEFENDANT

---

Index No: 08CV01280
Date Filed:   /   /
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**BYRON ROBUSKY** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **02/25/2008** at **2:12PM** at **875 AVENUE OF THE AMERICAS Suite 501 % National Registered Agents Inc., NEW YORK, NY 10001**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **VERIFONE, INC** a domestic corporation (one of) the **DEFENDANT** therein named by delivering to, and leaving personally with **MARIA JARCIA, MANAGING AGENT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

    SEX: **FEMALE**    COLOR: **BROWN**    HAIR: **BROWN**
    APP. AGE: **45**    APP. HT: **5'4**    APP. WT: **140**
    OTHER IDENTIFYING FEATURES:

Deponent further says: That at the time of such service I knew the said corporation so served as aforesaid to be the same corporation mentioned and described in the aforementioned document(s) as (one of) the **DEFENDANT** in this action.

Sworn to before me on **02/27/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

BYRON ROBUSKY - 867464
SID MARKS NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ER

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                    District of                    New York

Susan G. Pitts, Individually, and on behalf of all others similarly situated

V.

New York City Taxi and Limosine Commission, City of New York, Taxi Workers Alliance,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 01280

TO: (Name and address of Defendant)

Verifone, Inc. and
Verifone Transportation Systems, Inc., d/b/a Taxitronic
c/o National Registered Agents, Inc.
Suite 501
875 Avenue of the Americas
New York, NY 10001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey A. Manheimer, Esq.
747 Third Avenue, 37th Floor
New York, NY 10017
212-752-4500

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

_____              _____
CLERK                                         DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                   Date                              *Signature of Server*

                                        _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.