FORM C9B
1JAM93891 - JEFFREY A. MANHEIMER, ESQ.

UNITED DISTRICT SOUTHERN DISTRICT COURT - NEW YORK COUNTY

```
-------------------------------------              Index No: 08CV01280
SUSAN G. PITTS, ETC,                               Date Filed:   /   /
                                                   Office No:
          PLAINTIFF                                Court Date:
     - vs. -

NEW YORK CITY TAXI AND LIMOUSINE
COMMISSION, CITY
OF NEW YORK, TAXI WORKERS ALLIANCE,

          DEFENDANT
-------------------------------------
```

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**BYRON ROBUSKY** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **02/25/2008** at **2:12PM** at **875 AVENUE OF THE AMERICAS Suite 501 % National Registered Agents Inc., NEW YORK, NY 10001**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **VERIFONE, TRANSPORTATION SYSTEMS INC DBA TAXITRONIC** the **DEFENDANT** therein named by delivering to, and leaving personally with **MARIA JARCIA, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

|  |  |  |
|---|---|---|
| SEX: **FEMALE** | COLOR: **BROWN** | HAIR: **BROWN** |
| APP. AGE: **45** | APP. HT: **5'4** | APP. WT: **140** |
| OTHER IDENTIFYING FEATURES: | | |

Sworn to before me on **02/27/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

BYRON ROBUSKY - 867464
SID MARKS NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ER