UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
SUSAN G. PITTS, individually, and on behalf
of all others similarly situated,

        Plaintiff,

-against-

NEW YORK CITY TAXI AND LIMOSINE COMMISSION, CITY
OF NEW YORK, TAXI WORKERS ALLIANCE, VERIFONE INC.,
VERIFONE TRANSPORTATION SYSTEMS, INC., d/b/a
TAXITRONIC, MOBILE KNOWLEDGE CORP. d/b/a CREATIVE
MOBILE TECHNOLOGIES, LLC, DIGITAL DISPATCH, LTD.,
AND TAXI TECHNOLOGY CORP.

        Defendants.
---------------------------------------------------------------------X

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

08 cv 01280
( MM )

PURSUANT TO RULE 1.(c) of the Local Rules of the United States District Court for the Southern District of New York, I, JEFFREY A. MANHEIMER, ESQ., a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | James Randall Pitts, Jr. |
| Firm Name: | Bradford Pitts, L.L.C. |
| Address: | 1130 22nd Street South, Suite 4500 |
| City, State, Zip: | Birmingham, AL 35205 |
| Phone Number: | (205) 939-4300 |
| Fax Number: | (205) 877-7330 |
| Email Address: | jrp@southlawllc.com |

James Randall Pitts, Jr. is a member in good standing of the Bar of the State of Alabama. There are no pending disciplinary proceedings against James Randall Pitts, Jr. in any State or Federal Court.

DATED:    New York, New York
               February 10, 2008

Respectfully submitted,

*[signature]*

JEFFREY A. MANHIMER, ESQ.
JM 7667
747 Third Avenue, 37th Floor
New York, NY 10017
212-752-4500
(Fax) 212-752-5253
jmanheimer@jmanheimerlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUSAN G. PITTS, Individually, and on behalf of
All others similarly situated,

                Plaintiff,

-against-

NEW YORK CITY TAXI AND LIMOSINE COMMISSION, CITY
OF NEW YORK, TAXI WORKERS ALLIANCE, VERIFONE INC.,
VERIFONE TRANSPORTATION SYSTEMS, INC., d/b/a
TAXITRONIC, MOBILE KNOWLEDGE CORP. d/b/a CREATIVE
MOBILE TECHNOLOGIES, LLC, DIGITAL DISPATCH, LTD.,
AND TAXI TECHNOLOGY CORP.

                Defendants.
------------------------------------------------------------------X

**AFFFIDAVIT OF JEFFREY A. MANHEIMER, ESQ. IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

08 cv 01280 (MM)

State of New York   )
County of New York  )

    Jeffrey A. Manheimer, Esq., being duly sworn, deposes and says as follows:

1. I am an attorney with the law firm of Jeffrey A. Manheimer, Esq. counsel for the Plaintiffs in the above captioned action and I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of the Plaintiffs' motion to admit James Randall Pitts, Jr. as counsel pro hac vice to also represent the Plaintiffs' in this action.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law before the Courts of the State of New York in 1975. I am also admitted to the bars of the United States District Court for the Eastern and Southern Districts of New York, and, I am in good standing with those District Courts.

3. I have known James Randall Pitts, Jr. since November 2007.

4. Mr. Pitts is a partner with Bradford Pitts, L.L.C., in Birmingham, Alabama and a member of the Bar of the State of Alabama, County of Montgomery as evidenced by the certificate annexed herewith as Exhibit "A".

5. I have found from my discussions and review of the facts of this matter that Mr. Pitts is a skilled attorney and a person of integrity. In our review of the facts of this case and the

applicable law I have found him to be experienced in Federal Practice and the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of James Randall Pitts, Jr., pro hac vice.

7. I respectfully submit herewith a proposed Order granting the admission of James Randall Pitts, Jr., pro hac vice, which is attached hereto as Exhibit "A".

**WHEREFORE**, it is respectfully requested that the motion to admit James Randall Pitts, Jr., pro hac vice, to represent the Plaintiffs' in the above captioned matter be granted.

Dated: New York, NY
February 5, 2008

*[signature]*
JEFFREY A. MANHEIMER, ESQ.

Sworn to Before Me This
11 Day of Feb 2008

*[signature]*
NOTARY PUBLIC

ROBERT A. SESTI
NOTARY PUBLIC, State of New York
No. 4972280
Qualified in West County
Commission Expires Sept. 24, 2010

JM (7067)
JEFFREY A. MANHIMER, ESQ.
747 Third Avenue, 37th Floor
New York, NY 10017
212-752-4500
(Fax) 212-752-5253
jmanheimer@jmanheimerlaw.com

## ALABAMA STATE BAR
415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www.alabar.org

*STATE OF ALABAMA*

*COUNTY OF MONTGOMERY*

I, Keith B. Norman, Secretary of the Alabama State Bar and custodian of its records, hereby certify that James Randall Pitts Jr. has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that James Randall Pitts Jr. was admitted to the Alabama State Bar April 2, 2003.

I further certify that the said James Randall Pitts Jr. is presently a member in good standing of the Alabama State Bar, having met all licensing/dues requirements for the year ending September 30, 2008.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 11th day of February, 2008.

*Keith B. Norman, Secretary*





LAWYERS RENDER SERVICE

UNITED DISTRICT SOUTHERN DISTRICT COURT - NEW YORK COUNTY

```
----------------------------------        Index No: 08CV01280
SUSAN G. PITTS, ETC,                      Date Filed:    /    /
                                          Office No:
            PLAINTIFF                     Court Date:
    - vs. -

NEW YORK CITY TAXI AND LIMOUSINE
COMMISSION, CITY
OF NEW YORK, TAXI WORKERS ALLIANCE,

            DEFENDANT
----------------------------------
```

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DAVID GOLDBERG** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **02/22/2008** at **12:51PM** at **40 RECTOR STREET - 5TH FL , NEW YORK, NY 10006**, I served a true copy of the **MOTION TO ADMIT COUNSEL PRO HAC VICE & ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** upon **NEW YORK CITY TAXI AND LIMOUSINE COMMISSION** the **DEFENDANT** therein named by delivering to, and leaving personally with **JOHN BOLES, AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

```
        SEX: MALE              COLOR: BLACK           HAIR: BALD
        APP. AGE: 45           APP. HT: 5'6           APP. WT: 200
        OTHER IDENTIFYING FEATURES:
```

Sworn to before me on 02/25/2008.

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2010

DAVID GOLDBERG - 916033
SID MARKS NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP

UNITED DISTRICT SOUTHERN DISTRICT COURT - NEW YORK COUNTY

---------------------------------------
**SUSAN G. PITTS, ETC,**

       PLAINTIFF
  - vs. -

**NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, CITY OF NEW YORK, TAXI WORKERS ALLIANCE,**

       DEFENDANT
---------------------------------------

Index No: **08CV01280**
Date Filed: / /
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DAVID GOLDBERG** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **02/22/2008** at **12:19PM** at **100 CHURCH STREET - 4TH FL , NEW YORK, NY** , I served a true copy of the **MOTION TO ADMIT COUNSEL PRO HAC VICE & ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** upon **CITY OF NEW YORK** the **DEFENDANT** therein named by delivering to, and leaving personally with **TAMEKA MENDEZ GAMMON, AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

    SEX: **FEMALE**    COLOR: **BLACK**    HAIR: **BLACK**
    APP. AGE: **35**    APP. HT: **5'4**    APP. WT: **120**
    OTHER IDENTIFYING FEATURES:

Sworn to before me on **02/25/2008**.

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2010

DAVID GOLDBERG - 916033
SID MARKS NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP

1JAM93897 - JEFFREY A. MANHEIMER, ESQ.

UNITED DISTRICT SOUTHERN DISTRICT COURT - NEW YORK COUNTY

---

**SUSAN G. PITTS, ETC,**

       PLAINTIFF
  - vs. -

**NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, CITY OF NEW YORK, TAXI WORKERS ALLIANCE,**

       DEFENDANT

---

Index No: 08CV01280
Date Filed:   /   /
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**BYRON ROBUSKY** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **02/25/2008** at **2:27PM** at **37 EAST 28TH STREET 6TH FLR, NEW YORK, NY 10016**, I served a true copy of the **MOTION TO ADMIT COUNSEL PRO HAC VICE & ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** upon **TAXI WORKERS ALLIANCE** the **DEFENDANT** therein named by delivering to, and leaving personally with **WILLIAM LINDAUER, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| SEX: **MALE** | COLOR: **WHITE** | HAIR: **BROWN** |
|---|---|---|
| APP. AGE: **45** | APP. HT: **5'5** | APP. WT: **165** |

OTHER IDENTIFYING FEATURES: **GLASSES**

Sworn to before me on **02/27/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4660012
Qualified in BRONX
Commission Expires 12/31/2010

BYRON ROBUSKY - 867464
SID MARKS NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ER

1JAM93892 - JEFFREY A. MANHEIMER, ESQ.

UNITED DISTRICT SOUTHERN DISTRICT COURT - NEW YORK COUNTY

------------------------------------------
SUSAN G. PITTS, ETC,

       PLAINTIFF

- vs. -

NEW YORK CITY TAXI AND LIMOUSINE
COMMISSION, CITY
OF NEW YORK, TAXI WORKERS ALLIANCE,

       DEFENDANT
------------------------------------------

Index No: 08CV01280
Date Filed:    /    /
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**BYRON ROBUSKY** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **02/25/2008** at **2:12PM** at **875 AVENUE OF THE AMERICAS Suite 501 % National Registered Agents Inc., NEW YORK, NY 10001**, I served a true copy of the **MOTION TO ADMIT COUNSEL PRO HAC VICE & ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** upon **VERIFONE, INC.** a domestic corporation (one of) the **DEFENDANT** therein named by delivering to, and leaving personally with **MARIA JARCIA, MANAGING AGENT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

    SEX: **FEMALE**        COLOR: **BROWN**        HAIR: **BROWN**
    APP. AGE: **45**       APP. HT: **5'4**       APP. WT: **140**
    OTHER IDENTIFYING FEATURES:

Deponent further says: That at the time of such service I knew the said corporation so served as aforesaid to be the same corporation mentioned and described in the aforementioned document(s) as (one of) the **DEFENDANT** in this action.

Sworn to before me on **02/27/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4687012
Qualified in BRONX
Commission Expires 12/31/2010

BYRON ROBUSKY - 867464
SID MARKS NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ER

FORM C9B
1JAM93893 - JEFFREY A. MANHEIMER, ESQ.

UNITED DISTRICT SOUTHERN DISTRICT COURT - NEW YORK COUNTY

---------------------------------
**SUSAN G. PITTS, ETC,**

        PLAINTIFF
   - vs. -

**NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, CITY
OF NEW YORK, TAXI WORKERS ALLIANCE,**

        DEFENDANT
---------------------------------

Index No: **08CV01280**
Date Filed:  /  /
Office No:
Court Date:


STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**BYRON ROBUSKY** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **02/25/2008** at **2:12PM** at **875 AVENUE OF THE AMERICAS Suite 501 % National Registered Agents Inc., NEW YORK, NY 10001**, I served a true copy of the **MOTION TO ADMIT COUNSEL PRO HAC VICE & ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** upon **VERIFONE TRANSPORTATION SYSTEMS INC DBA TAXITRONIC** the **DEFENDANT** therein named by delivering to, and leaving personally with **MARIA JARCIA, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

    SEX: **FEMALE**        COLOR: **BROWN**        HAIR: **BROWN**
    APP. AGE: **45**       APP. HT: **5'4**        APP. WT: **140**
    OTHER IDENTIFYING FEATURES:


Sworn to before me on **02/27/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

BYRON ROBUSKY - 867464
SID MARKS NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ER

```
A4 - CORPORATION                                                 Case 1:08-cv-01280-CM-AJP   Document 9   Filed 03/06/2008   Page 11 of 14
1JAM93905 - JEFFREY A. MANHEIMER, ESQ.
```

UNITED DISTRICT SOUTHERN DISTRICT COURT - NEW YORK COUNTY

```
----------------------------------------          Index No: 08 CV 01280
SUSAN G. PITTS ETC,                               Date Filed:   /   /
                                                  Office No:
         PLAINTIFF                                Court Date:
- vs. -

NEW YORK CITY TAXI AND LIMOUSINE
COMMISSION, CITY
OF NEW YORK, TAXI WORKERS ALLIANCE,

         DEFENDANT
----------------------------------------
```

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DANIEL KNIGHT** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **02/26/2008** at **4:10PM** at **25 ROCKWOOD PLACE , ENGLEWOOD, NJ 07631**, I served a true copy of the **MOTION TO ADMIT COUNSEL PRO HAC VICE & ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** upon **TAXI TECHNOLOGY CORP** a domestic corporation (one of) the **DEFENDANT** therein named by delivering to, and leaving personally with **JAE CHOI, MANAGING AGENT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

```
            SEX: MALE              COLOR: YELLOW            HAIR: BLACK
            APP. AGE: 36           APP. HT: 5'6             APP. WT: 160
            OTHER IDENTIFYING FEATURES:
```

Deponent further says: That at the time of such service I knew the said corporation so served as aforesaid to be the same corporation mentioned and described in the aforementioned document(s) as (one of) the **DEFENDANT** in this action.

Sworn to before me on **03/04/2008**.

```
NEIL SIMENSKY                              DANIEL KNIGHT
Notary Public, State of New York           SID MARKS NY, INC.
No. 01SI4767841                            20 VESEY ST., ROOM 1110
Qualified in NEW YORK                      NEW YORK, NY 10007
Commission Expires 12/31/2010              AP
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSAN G. PITTS, Individually, and on
Behalf of all others similarly situated,

                Plaintiff,

         -against-

                                                       **ORDER FOR ADMISSION**
                                                         **PRO HAC VICE**
                                                         **ON WRITTEN MOTION**

                                                         08 cv 01280 (MM)

NEW YORK CITY TAXI AND LIMOSINE
COMMISSION, CITY OF NEW YORK,
TAXI WORKERS ALLIANCE, VERIFONE INC.,
VERIFONE TRANSPORTATION SYSTEMS, INC.,
d/b/a TAXITRONIC, MOBILE KNOWLEDGE
CORP. d/b/a CREATIVE MOBILE
TECHNOLOGIES, LLC, DIGITAL DISPATCH,
LTD., AND TAXI TECHNOLOGY CORP.

              Defendants.
------------------------------------------------------------X

      Upon the motion of JEFFREY A. MANHEIMER, ESQ., attorney for Susan G. Pitts, et. al. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | James Randall Pitts, Jr. |
| Firm Name: | Bradford Pitts, L.L.C. |
| Address: | 1130 22nd Street South, Suite 4500 |
| City, State, Zip: | Birmingham, AL 35205 |
| Phone Number: | (205) 939-4300 |
| Fax Number: | (205) 877-7330 |
| Email Address: | jrp@southlawllc.com |

Is admitted to practice pro hac vice as co-counsel for Susan G. Pitts, et. al. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:          , 2008

New York, NY

_____

United States District/Magistrate Judge

_____ FOR

OFFICE USE ONLY:  FEE PAID $           SDNY RECEIPT #

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
    08 cv 01280 ( MM )
===========================================================================
SUSAN G. PITTS, Individually, and on behalf of all others similarly situated,


                                  Plaintiff,

         -against-

NEW YORK CITY TAXI AND LIMOSINE COMMISSION, CITY OF NEW YORK, TAXI WORKERS ALLIANCE, VERIFONE INC., VERIFONE TRANSPORTATION SYSTEMS, INC., d/b/a TAXITRONIC, MOBILE KNOWLEDGE CORP. d/b/a CREATIVE MOBILE TECHNOLOGIES, LLC, DIGITAL DISPATCH, LTD., AND TAXI TECHNOLOGY CORP.

                                  Defendants.
===========================================================================

                    MOTION TO ADMIT COUNSEL PRO HAC VICE



===========================================================================
                       JEFFREY A. MANHEIMER, ESQ. (7067)
                              Attorneys for Plaintiff
                    Office and Post Office Address, Telephone
                          747 Third Avenue – 37th Floor
                                New York, NY 10017
                                  (212) 752-4500
===========================================================================
To                                              Service of a copy of the
                                                within is hereby admitted.

                                                Dated: _____19__

Attorneys for
===========================================================================
PLEASE TAKE NOTICE:

____ **NOTICE OF ENTRY**      that the within is a (certified) true copy of a      duly entered in the
                              office of the clerk of the within named
         court on         19

____ **NOTICE OF SETTLEMENT**
                              that an order      of which the within is a true copy will be
presented                     for settlement to the HON.
         one of the judges of the within named                              Court,
at
                                       on       19    at       M
Dated:
                                   Yours, etc.
JEFFREY A. MANHEIMER, ESQ. (7067)