UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSAN G. PITTS, Individually, and on
Behalf of all others similarly situated,

        Plaintiff,

-against-

NEW YORK CITY TAXI AND LIMOSINE
COMMISSION, CITY OF NEW YORK,
TAXI WORKERS ALLIANCE, VERIFONE INC.,
VERIFONE TRANSPORTATION SYSTEMS, INC.,
d/b/a TAXITRONIC, MOBILE KNOWLEDGE
CORP. d/b/a CREATIVE MOBILE
TECHNOLOGIES, LLC, DIGITAL DISPATCH,
LTD., AND TAXI TECHNOLOGY CORP.

        Defendants.
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08
```

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

08 cv 01280 (MM)

Upon the motion of JEFFREY A. MANHEIMER, ESQ., attorney for Susan G. Pitts, et. al.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:    James Randall Pitts, Jr.

Firm Name:    Bradford Pitts, L.L.C.

Address:    1130 22nd Street South, Suite 4500

City, State, Zip:    Birmingham, AL 35205

Phone Number:    (205) 939-4300

Fax Number:    (205) 877-7330

Email Address:    jrp@southlawllc.com

Is admitted to practice pro hac vice as co-counsel for Susan G. Pitts, et. al. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: March 11th, 2008

New York, NY

*[signature]*

United States District/Magistrate Judge

FOR

OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT #