UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSAN G. PITTS, individually, and on behalf of all others similarly situated

                PLAINTIFF,,

-against-

NEW YORK CITY TAXI AND LIMOSINE COMISSION, CITY OF NEW YORK, TAXI WORKERS ALLIANCE, VERIFONE, INC., VERIFONE TRANSPORTATION SYSTEMS, INC., D/B/A TAXITRONIC, MOBILE KNOWLEDGE CORP., D/B/A CREATIVE MOBILE TECHNOLOGIES, LLC, DIGITAL DISPATCH, LTD., AND TAXI TECHNOLOGY CORP.

                DEFENDANTS,

---

Docket #:
08 CV 01280 (MM)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiff appearing in the above entitled action, and the defendant DIGITAL DISPATCH, LTD., that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action (including all claims and counterclaims) be, and the same hereby is discontinued with prejudice and without costs as to the Defendant, DIGITAL DISPATCH, LTD.. This stipulation may be filed without further notice with the Clerk of the Court. This Stipulation of Dismissal and any Order entered thereon shall have no precedendtial value or effect whatsoever and shall not be admissible in any other action or proceeding as evidence or for any other purpose except in an action or proceeding to enforce this stipulation of Dismissal.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

Nothing in this Stipulation of Dismissal shall be construed as an admission or concession of liability whatsoever by any of the parties to this Stipulation regarding any of the allegations made by the plaintiff in the complaint.

DATED: New York, New York
March 4 2008

| | |
|---|---|
| *[signature]* | *[signature]* |
| JEFFREY A. MANHEIMER, ESQ. | DAVID M. SIMON |
| Attorney for Plaintiff | Legal Counsel for Defendant DIGITAL |
| 747 Third Avenue – 37th Floor | DISPATCH, LTD.. |
| New York, NY 10017 | 11920 Forge Place |
| 212-752-4500 | Richmond, BC V7A 4V9 |
| | 604-241-1441 |
| Dated: March 4 2008 | Dated: march 4 2008 |

SO ORDERED: _____
UNITED STATES DISTRICT/ JUDGE

Dated: New York, New York

11 March, 2008