UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

SUSAN G. PITTS, Individually and on behalf of all others similarly situated,

|  |  |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | No. 08 CV 01280 (CM) |
| NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, CITY OF NEW YORK, TAXI WORKERS ALLIANCE, VERIFONE, INC., VERIFONE TRANSPORTATION SYSTEMS, INC., d/b/a TAXITRONIC, MOBILE KNOWLEDGE CORPORATION, d/b/a CREATIVE MOBILE TECHNOLOGIES, LLC, DIGITAL DISPATCH, LTD., and TAXI TECHNOLOGY CORP., | ECF Case |
| Defendants. |  |

------------------------------------------------------------------- X

**TO THE CLERK OF THE COURT:**

      **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Michelle Goldberg-Cahn, appears as counsel for the defendants, New York City Taxi and Limousine Commission and City of New York (collectively "City Defendants"), and requests to receive notice of all docket events via the Electronic Case Filing system.

      I certify that I am admitted to practice before this Court.

Dated: New York, New York
       March 13, 2008

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of
                                        the City of New York
                                    Attorney for City Defendants
                                    100 Church Street, Rm.5-158
                                    New York, New York  10007
                                    Email: migoldbe@law.nyc.gov
                                    Tel: (212) 788-0758

- 2 -

Fax: (212) 791-9714.

By: _____
     Michelle Goldberg-Cahn (MG-4490)
     Assistant Corporation Counsel

TO:   Jeffrey A. Manheimer, Esq.
       Manheimer & Charnas, LLP
       Attorney for Plaintiff