SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUSAN G. PITTS, individually, and on behalf of all others similarly situated

                Plaintiff(s),

-against-

NEW YORK CITY TAXI AND LIMOSINE COMMISSION, CITY OF NEW YORK, TAXI WORKERS ALLIANCE, VERIFONE INC., VERIFINE TRANSPORTATION SYSTEMS, INC., D/B/A TAXITRONIC, MOBILE KNOWLEDGE CORP., D/B/A CREATIVE MOBILE TECHNOLOGOES, L.L.C., DIGITAL DISPATCH, LTD., and DIGITAL DISPATCH, INC.,

                Defendant(s).
-----------------------------------------------------------------X

**STIPULATION OF DISMISSAL**

Docket #: 08 CV 01280 (CM)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08
```

      IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the Plaintiff appearing in the above entitled action, and the defendants, VERIFONE, INC., and VERIFONE TRANSPORTATION SYSTEMS, INC., that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action (including all claims and counterclaims) be, and the same is hereby discontinued with prejudice and without costs as to the defendants, VERIFONE, INC., and VERIFONE TRANSPORTATION SYSTEMS, INC., This Stipulation of Dismissal and any Order entered thereon shall have no precedential value or effect whatsoever and shall not be admissible in any other action or proceeding as evidence or for any other purpose except in an action or proceeding to enforce this Stipulation of Dismissal

      Nothing in this Stipulation of Dismissal shall be construed as an admission or concession of liability whatsoever by any of the parties to this Stipulation regarding any of the allegations made

by the plaintiff in the complaint.

DATED:   NEW YORK, NY
         Thursday, March 13, 2008

_____  
JEFFREY A. MANHEIMER, ESQ. (7067)  
Attorneys for Plaintiff(s)  
SUSAN G. PITTS  
747 Third Avenue - 37th Floor  
New York, NY  10017  
212-752-4500  
(fax) 212-752-5253

_____  
GREENBERG TRAURIG  
Attorneys for Defendant(s) VERIFONE, INC.,  
and VERIFONE TRANSPORTATION  
SYSTEMS, INC.,  
200 Park Avenue  
New York, NY 10166  
212-801-9200  
(Fax) 212-801-6400

,

SO ORDERED:

_____  
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

DATED: New York, New York

       24 March, 2008