SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SUSAN G. PITTS, individually, and on behalf of all others
similarly situated

               Plaintiff(s),

-against-

NEW YORK CITY TAXI AND LIMOSINE COMMISSION,
CITY OF NEW YORK, TAXI WORKERS ALLIANCE,
VERIFONE INC., VERIFINE TRANSPORTATION
SYSTEMS, INC., D/B/A TAXITRONIC, MOBILE
KNOWLEDGE CORP., D/B/A CREATIVE MOBILE
TECHNOLOGOES, L.L.C., DIGITAL DISPATCH, LTD.,
and DIGITAL DISPATCH, INC.,

               Defendant(s).
-------------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

**STIPULATION OF
DISMISSAL**

Docket #:  08 CV 01280
(CM)

     IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the Plaintiff appearing in the above entitled action, and the defendant, TAXI TECHNOLOGY CORP., that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action (including all claims and counterclaims) be, and the same is hereby discontinued with prejudice and without costs as to the defendant, TAXI TECHNOLOGY CORP. This Stipulation of Dismissal and any Order entered thereon shall have no precedential value or effect whatsoever and shall not be admissible in any other action or proceeding as evidence or for any other purpose except in an action or proceeding to enforce this Stipulation of Dismissal

     Nothing in this Stipulation of Dismissal shall be construed as an admission or concession of liability whatsoever by any of the parties to this Stipulation regarding any of the allegations made by the plaintiff in the complaint.

DATED:    NEW YORK, NY
               Thursday, March 13, 2008

_____    _____
JEFFREY A. MANHEIMER, ESQ. (7067)    RATTET, PASTERNACK &GORDON-
Attorneys for Plaintiff(s)    OLIVER, LLP
SUSAN G. PITTS    Attorneys for Defendant(s) TAXI
747 Third Avenue - 37th Floor    TECHNOLOGY CORP.
New York, NY  10017    550 Mamaroneck Avenue
212-752-4500    Harrison, NY 10528
(fax) 212-752-5253    914-381-7400
                    (Fax) 914-381-7406

SO ORDERED:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

DATED: New York, New York

    24 March, 2008