*MEMARTON/J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSAN G. PITTS, Individually and on behalf of all others
similarly situated,

No 08 CV 01280 (CM)

                Plaintiff,

STIPULATION OF
DISCONTINUANCE
AGAINST
DEFENDANT TAXI
WORKERS ALLIANCE

    -against-

NEW YORK CITY TAXI AND LIMOUSINE COMMISSION,
et. al.

                Defendants.
------------------------------------------------------------X

    Plaintiff SUSAN G. PITTS, voluntarily dismisses this action in its entirety against defendant New York City Taxi Workers Alliance, sued herein as "Taxi Workers Alliance," pursuant to Federal Rule of Civil Procedure 41 (a) (i).

                              Jeffrey A. Mannheimer, Esq. (7067)
                              Attorney for Plaintiff
                              747 Third Avenue - 37th Floor
                              New York, New York 10017

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

3-25-08