UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X

Susan G. Pitts, individually and on behalf of all others
similarly situated,

08  Civ. 1280 (CM)(AJP)

Plaintiff(s),

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

-against-

New York City Taxi and Limousine Commission, et al,

Defendant(s).

———————————————————————X

The above entitled action is referred to the Honorable Andrew J. Peck,  United States Magistrate
Judge for the following purpose(s):

_____ General Pretrial (includes scheduling,
discovery, non-dispositive pretrial motions,
and settlement

_____ Consent under 28 U.S.C.
§636(c) for all purposes
(including trial)

___✓___ Specific Non-Dispositive Motion/Dispute:*

Discovery

_____

_____ Consent under 28 U.S.C.
§636(c) for limited purpose
(e.g., dispositive motion,
preliminary injunction

Purpose:_____

If referral is for discovery disputes when
the District Judge is unavailable, the time
period of the referral:_____

_____ Habeas Corpus

_____ Social Security

_____ Settlement*

_____ Inquest After Default/Damages Hearing

_____ Dispositive Motion (i.e., motion
requiring a Report and
Recommendation

Particular Motion:_____

_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated:  4/12/08
New York, New York

SO ORDERED:

_____

Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08