UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SUSAN G. PITTS, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, et al.,

                Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/15/08

08 Civ. 1280 (CM) (AJP)

ORDER SCHEDULING
STATUS CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a status conference is scheduled for June 2, 2008 at 2:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

        SO ORDERED.

Dated:        New York, New York
                April 15, 2008

                                          Andrew J. Peck
                                          United States Magistrate Judge

Copies **by fax & ECF** to:    Jeffrey A. Manheimer, Esq.
                                      Michelle L. Goldberg-Cahn, Esq.
                                      Judge Colleen McMahon

C:\ORD\Order Scheduling Status Conference