UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

SUSAN G. PITTS, Individually and on behalf of all others
similarly situated,

                                         Plaintiff,

              -against-

NEW YORK CITY TAXI AND LIMOUSINE
COMMISSION, CITY OF NEW YORK, TAXI
WORKERS ALLIANCE, VERIFONE, INC., VERIFONE
TRANSPORTATION SYSTEMS, INC., d/b/a
TAXITRONIC, MOBILE KNOWLEDGE
CORPORATION, d/b/a CREATIVE MOBILE
TECHNOLOGIES, LLC, DIGITAL DISPATCH, LTD.,
and TAXI TECHNOLOGY CORP.,

                                         Defendants.

-------------------------------------------------------------- x

STIPULATION OF
DISCONTINUANCE OF
PLAINTIFF'S CLAIMS
AGAINST DEFENDANTS
NEW YORK CITY TAXI
AND LIMOUSINE
COMMISSION AND CITY
OF NEW YORK

No. 08 CV 01280 (CM)(AJP)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

       **WHEREAS**, plaintiff, Susan G. Pitts commenced the instant action against defendants New York City Taxi and Limousine Commission ("TLC") and the City of New York (hereinafter collectively referred to as "City Defendants") by way of Summons and Complaint, dated February 8, 2008; and

      **WHEREAS**, City Defendants filed an Answer with Cross-Claims, dated March 13, 2008

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, as attorneys of record for the respective parties, as follows:

      1.    Plaintiff hereby withdraws her claims set forth in the Complaint against City Defendants with prejudice;

2. City Defendants and their attorneys hereby waive any right to apply for, and shall not apply for, any order authorizing the taxation of costs, disbursements, or attorney's fees against Plaintiff in this action;

3. Nothing contained herein shall be deemed to be an admission by either party that either party has acted unlawfully or in any way violated any of the other party's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York;

4. The parties agree that they will neither proffer nor make reference to this stipulation in any other litigation or proceeding, except in the case of litigation between the parties herein, and further agree that this stipulation is not related to any other litigation or settlement negotiations;

5. This stipulation contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this stipulation regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein;

6. Counsel for the parties have reviewed and revised this stipulation, and any rule of construction, by which any ambiguities are to be resolved against the drafting party, shall not be applied in the interpretation of this stipulation;

7. Facsimile signatures are deemed to be originals for the purposes of this stipulation;

8.  This stipulation may be submitted to the Court to be so ordered, docketed and filed without further notice to any party.

Dated:   New York, New York
         May 15, 2008


MANHEIMER & CHARNAS, LLP
Attorneys for Plaintiff.
747 Third Avenue – 37th Floor
New York, New York 10017
(212) 752-4500
Facsimile: (212) 752-5253

By: _____
    Jeffrey A. Manheimer, Esq. (JM-7067)

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for City Defendants
100 Church Street
New York, New York 10007
(212) 788-0758
Facsimile: (212) 791-9714

By: _____
    Michelle Goldberg-Cahn (MG-4490)
    Assistant Corporation Counsel


BRADFORD PITTS, LLC
Attorneys for Plaintiff.
1130 22nd Street South
Suite 4500
Birmingham, AL 35205
(205) 939-4300
Facsimile: (205) 877-7330


By: _____
    James Randall Pitts, Jr., Esq.

- 3 -

SO-ORDERED:

_____
UNITED STATES DISTRICT COURT
JUDGE

Dated: May __, 2008

- 4 -